**Joseph E. VESTAL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 53138.**

Missouri Court of Appeals, Western District.

March 11, 1997.

▮

Gary E. Brotherton, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jacqueline K. Hamra, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, C.J., P.J., and BERREY and EDWIN H. SMITH, JJ.

## ORDER

PER CURIAM:

Appeal from denial of 24.035 motion for post-conviction relief.

Affirmed. Rule 84.16(b).